**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** September 30, 2021 | **Time:** 2:08-2:43= 35 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 20-cv-04928-EMC | **Case Name:** Seabury v. San Ramon Valley Unified School District | |

**Attorney for Plaintiff:** Michael Biggs
**Attorney for Defendant:** Cody Saal

**Deputy Clerk:** Angella Meuleman          **Court Reporter:** Ana Dub

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[30] Motion to Dismiss held.

**SUMMARY**

Parties stated appearances and proffered argument.

Defendant moves to dismiss Plaintiff's Third Amended Complaint for failure to state a claim. The Court cannot determine at this stage whether Defendant's actions constituted an unconstitutional search request because there are disputed factual issues.

For instance, it is unclear whether there was, in fact, a reliable report on Plaintiff's drunkenness. Plaintiff's Complaint merely offers that Defendant Krolikowski informed him that he received a report that Plaintiff was intoxicated on school grounds without any information as to the source of the report and its reliability.

Moreover, it is unclear if there was any adverse action against Plaintiff. Plaintiff states that he was escorted from the school premises in front of a large crowd, which led to the incident becoming viral. While paid administrative leave alone would not constitute adverse action, the combined effect of the possible stigma from the events leading up to the administrative leave and the following publicity contains an element of stigma that suggests consequences at least sufficient to survive a 12(b)(6) motion.

However, any claims attributed to Defendants regarding the breathalyzer test administered by law enforcement officers fail as a matter of law, as Plaintiff fails to show any factual basis for a supervisory theory of liability. Plaintiff does not allege any facts that the law enforcement officers acted at the behest and under the control of the school.

Accordingly, and for the reasons stated on the record, the Court **DENIES IN PART AND GRANTS IN PART** Defendant's Motion to dismiss for failure to state a claim under Rule 12(b)(6) (Docket No. 30).

Court set Initial Case Management Conference for 10/26/2021 at 1:30PM.  Joint cmc statement due 10/19/2021.