KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendant SAN RAMON
VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>　　　　　　Defendants. | **Case No. 3:20-cv-04928-EMC (AGT)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>Hon. Judge Alex G. Tse |

　　　　PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

　　1. Counsel for the parties are working cooperatively together to exchange information and documents necessary to engage in meaningful settlement negotiations at the upcoming Settlement Conference. Counsel for the parties are also endeavoring to schedule and complete the agreed upon depositions on mutually agreeable dates and times. However, due to several scheduling conflicts, party and counsel unavailability, and defense's counsel's illness, the necessary deposition discovery

and exchange of documents has not yet been completed.

2. To allow for additional and sufficient time for the parties to complete the necessary deposition discovery and exchange of information and documents such that meaningful and fruitful settlement negotiations can be had, the parties respectfully request a continuance of the currently scheduled Settlement Conference.

3. Currently, the Settlement Conference is scheduled for February 2, 2022 at 10:00 a.m. before Hon. Judge Alex G. Tse. The parties respectfully request a three-month continuance of the Settlement Conference to on or about May 4, 2022, depending on the Court's availability.

**IT IS SO STIPULATED**.

DATED:  January 14, 2022                BIGGS LAW OFFICE A.P.C.

_____/s/ *Michael S. Biggs*_____
Michael S. Biggs, Esq
Attorney for plaintiff THOMAS SEABURY

DATED:  January 14, 2022                EDRINGTON, SCHIRMER & MURPHY LLP

_____/s/ *Cody Lee Saal*_____
Cody Lee Saal, Esq.
Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

**ATTESTATION**

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

_____/s/ *Cody Lee Saal*_____
Cody Lee Saal, Esq.
Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

1 **[PROPOSED] ORDER**

2 Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as

3 follows:

4    1. The Settlement Conference scheduled for February 2, 2022 is VACATED.

5    2. The Settlement Conference is hereby continued to _____.

6    **IT IS SO ORDERED.**

7 DATED:

8    _____

9    HON. ALEX G. TSE