KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendant SAN RAMON
VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>    Defendants. | **Case No. 3:20-cv-04928-EMC (AGT)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE DEADLINE**<br><br>Hon. Judge Edward M. Chen |

PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

1. Counsel for the parties are working cooperatively together to exchange information and documents necessary to engage in meaningful settlement negotiations at the upcoming Settlement Conference with Magistrate Judge Alex G. Tse. Counsel for the parties are also endeavoring to schedule and complete the agreed upon depositions on mutually agreeable dates and times. However, due to several scheduling conflicts, party and counsel unavailability, and defense's

counsel's illness, the necessary deposition discovery and exchange of documents has not yet been completed.

2. To allow for additional and sufficient time for the parties to complete the necessary deposition discovery and exchange of information and documents such that meaningful and fruitful settlement negotiations can be had, the parties respectfully request a continuance of the current settlement conference deadline.

3. The current ADR deadline is February 23, 2022.

4. The parties respectfully request a three-month continuance of the ADR deadline to May 31, 2022.

5. Currently, the Settlement Conference is scheduled for February 2, 2022 at 10:00 a.m. before Magistrate Judge Alex G. Tse. The parties have notified Judge Tse of the parties' request for a continuance of the settlement conference deadline, and have proposed a date of May 4, 2022 for the Settlement Conference. Mr. Stephen Ybarra, Courtroom Deputy to Judge Tse, has advised that Judge Tse will set aside May 4, 2022 should the Court approve the proposed continuance of the settlement conference deadline.

**IT IS SO STIPULATED**.

DATED:  January 14, 2022                                BIGGS LAW OFFICE A.P.C.


      /s/ *Michael S. Biggs*
Michael S. Biggs, Esq
Attorney for plaintiff THOMAS SEABURY


DATED:  January 14, 2022                                EDRINGTON, SCHIRMER & MURPHY LLP


     /s/ *Cody Lee Saal*
Cody Lee Saal, Esq.
Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

///

///

**ATTESTATION**

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

                                           /s/ *Cody Lee Saal*
                                           Cody Lee Saal, Esq.
                                           Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as follows:

1. The ADR/Settlement Conference Deadline is hereby continued to May 31, 2022.

**IT IS SO ORDERED.**

DATED:

                                           HON. EDWARD M. CHEN