# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** March 15, 2022 | **Time:** 2:36-2:43 <br> 7 minutes | **Judge:** EDWARD M. CHEN |
| **Case No.**: 20-cv-04928-EMC | **Case Name:** Seabury v. San Ramon Valley Unified School District | |

**Attorney for Plaintiff:** Michael Briggs
**Attorney for Defendant:** Cody Saal

**Deputy Clerk:** Vicky Ayala           **Court Reporter:** Belle Ball

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

The case currently has one cause of action.  The parties have a settlement conference scheduled with Judge Tse on May 4, 2022.  Trial date has been set for February 6, 2023.  Fact discovery closes on August 4, 2022.

CASE CONTINUED TO: **8/23/2022, at 2:30 P.M., for Further Status Conference.**  Joint status report **due by 8/16/2022.**