KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendant SAN RAMON
VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>Defendants. | **Case No. 3:20-cv-04928-EMC (AGT)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>Hon. Judge Alex G. Tse |

PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

   1. Counsel for the parties have been exchanging information and documents necessary to engage in meaningful settlement negotiations in a Settlement Conference with Magistrate Judge Alex G. Tse.  The deposition of plaintiff SEABURY has been completed. The depositions of defendant JASON KROLIKOWSKI and District employee Ben Lee are being scheduled for dates in June due to plaintiff's attorney's trial schedule.

2. To allow for completion of the two District employee depositions, the parties respectfully request a continuance of the current May 4, 2022 Settlement Conference. The completion of these two depositions by plaintiff are necessary in order for the parties to engage in meaningful and fruitful settlement negotiations at a Settlement Conference.

3. The parties respectfully request a continuance of the Settlement Conference to a date in late July or early August 2022, depending on the Court's schedule and availability.

4. The parties are filing a contemporaneous request with Judge Edward M. Chen to continue the current ADR deadline to August 31, 2022.

**IT IS SO STIPULATED**.

DATED: April 25, 2022                         BIGGS LAW OFFICE A.P.C.


                                              /s/ *Michael S. Biggs*
                                              Michael S. Biggs, Esq
                                              Attorney for plaintiff THOMAS SEABURY


DATED: April 25, 2022                         EDRINGTON, SCHIRMER & MURPHY LLP


                                              /s/ *Cody Lee Saal*
                                              Cody Lee Saal, Esq.
                                              Attorney for Defendants MELANIE JONES,
                                              JASON KROLIKOWSKI and JON
                                              CAMPOPIANO

**ATTESTATION**

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

                                              /s/ *Cody Lee Saal*
                                              Cody Lee Saal, Esq.
                                              Attorney for Defendants MELANIE JONES,
                                              JASON KROLIKOWSKI and JON
                                              CAMPOPIANO

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as follows:

1. The Settlement Conference scheduled for May 4, 2022 is VACATED.

**IT IS SO ORDERED.**

DATED:

_____
HON. ALEX G. TSE