KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendants JASON KROLIKOWSKI, MELANIE JONES, JON CAMPOPIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>Defendants. | **Case No. 3:20-cv-04928-EMC (AGT)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF THE ADR DEADLINE**<br><br>Hon. Judge Edward M. Chen |

PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

1. The parties are currently scheduled to participate in a Settlement Conference with Magistrate Judge Alex G. Tse on August 10, 2022, with an ADR completion deadline of August 31, 2022. However, the parties are respectfully seeking a continuance of the Settlement Conference to a date in November 2022 and a continuance of the ADR completion deadline to November 30, 2022.

2. Counsel for the parties had been endeavoring to schedule two depositions of District

1 employee, to be taken by plaintiff, for dates in June or July following plaintiff's counsel's trial
2 schedule. However, defense counsel became severely ill with COVID twice in a two-month period
3 while caring for defense counsel's elderly father who contracted COVID and was out of the office
4 on medical leave for several weeks in June and July as a result. Defense counsel has since recovered
5 and is working with plaintiff's attorney and clients to schedule and complete these two depositions.
6 These two depositions are necessary in order for the parties to engage in meaningful and productive
7 settlement negotiations at the Settlement Conference.

8     3. Defense counsel is currently scheduled to be in trial in Alameda Superior Court in October.

9     4. To allow for completion of the two District employee depositions, the parties respectfully
10 request a continuance of the current August 10, 2022 Settlement Conference to a date in November,
11 depending on the Court's schedule and availability, and a continuance of the current ADR deadline
12 to November 30, 2022.

13     5. The current ADR deadline is August 31, 2022.

14     6. The parties respectfully request a continuance of the ADR deadline to **November 30, 2022**.

15     7. The parties are filing a contemporaneous request with Judge Tse to reset the current August
16 10, 2022 Settlement Conference to a date in November, depending on the Court's schedule and
17 availability.

18 **IT IS SO STIPULATED**.

19 DATED: July 27, 2022            BIGGS LAW OFFICE A.P.C.

21                                      /s/ *Michael S. Biggs*
                                     Michael S. Biggs, Esq
22                                      Attorney for plaintiff THOMAS SEABURY

24 DATED: July 27, 2022            EDRINGTON, SCHIRMER & MURPHY LLP

26                                      /s/ *Cody Lee Saal*
                                     Cody Lee Saal, Esq.
27                                      Attorney for Defendants MELANIE JONES,
                                     JASON KROLIKOWSKI and JON
28                                      CAMPOPIANO

## ATTESTATION

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

>   /s/ *Cody Lee Saal*
> Cody Lee Saal, Esq.
> Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as follows:

1. The ADR/Settlement Conference Deadline is hereby continued to November 30, 2022.

**IT IS SO ORDERED.**

DATED:

>   HON. EDWARD M. CHEN