KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>         Defendants. | **Case No. 3:20-cv-04928-EMC (AGT)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>Hon. Judge Alex G. Tse |

PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

1.  The parties are currently scheduled to participate in a Settlement Conference with Magistrate Judge Alex G. Tse on August 10, 2022. However, the parties are respectfully seeking a continuance of the Settlement Conference to a date in November 2022.

2.  Counsel for the parties had been endeavoring to schedule two depositions of District employee, to be taken by plaintiff, for dates in June or July following plaintiff's counsel's trial

1  schedule. However, defense counsel became severely ill with COVID twice in a two-month period
2  while caring for defense counsel's elderly father who contracted COVID and was out of the office
3  on medical leave for several weeks in June and July as a result. Defense counsel has since recovered
4  and is working with plaintiff's attorney and clients to schedule and complete these two depositions.
5  These two depositions are necessary in order for the parties to engage in meaningful and productive
6  settlement negotiations at the Settlement Conference.

7      3.  Defense counsel is currently scheduled to be in trial in Alameda Superior Court in October.

8      4.  To allow for completion of the two District employee depositions, the parties respectfully
9  request a continuance of the current August 10, 2022 Settlement Conference to a date in November,
10 depending on the Court's schedule and availability.

11     5.  The parties are filing a contemporaneous request with Judge Edward M. Chen to continue
12 the current ADR deadline to November 30, 2022.

13     **IT IS SO STIPULATED**.

14 DATED:  July 27, 2022                    BIGGS LAW OFFICE A.P.C.

16                                          /s/ *Michael S. Biggs*
                                            Michael S. Biggs, Esq
17                                          Attorney for plaintiff THOMAS SEABURY

19 DATED:  July 27, 2022                    EDRINGTON, SCHIRMER & MURPHY LLP

21                                          /s/ *Cody Lee Saal*
                                            Cody Lee Saal, Esq.
22                                          Attorney for Defendants MELANIE JONES,
                                            JASON KROLIKOWSKI and JON
23                                          CAMPOPIANO

24 ///
25 ///
26 ///
27 ///
28

**ATTESTATION**

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

>                 /s/ *Cody Lee Saal*
> Cody Lee Saal, Esq.
> Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as follows:

1. The Settlement Conference scheduled for August 10, 2022 is VACATED.

**IT IS SO ORDERED.**

DATED:

>                                                                 
> HON. ALEX G. TSE