KEITH R. SCHIRMER (State Bar No. 87691)
CODY LEE SAAL (State Bar No. 286041)
EDRINGTON, SCHIRMER & MURPHY, LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
Email: kschirmer@esmlawfirm.com
Email: csaal@esmlawfirm.com

Attorneys for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SEABURY, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, Superintendent RICK SCHMIT in his official capacity, MELANIE JONES in her official and individual capacity, JASON KROLIKOWSKI in his official and individual capacity, JON CAMPOPIANO in his official and individual capacity, and DOES 1 through 15, inclusive,<br><br>         Defendants. | **Case No. 3:20-cv-04928-EMC (LJC)**<br><br>**STIPULATION AND ORDER AS MODIFIED REGARDING CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>Hon. Lisa J. Cisneros |

PLAINTIFF THOMAS SEABURY and DEFENDANTS MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO (collectively, "Defendants") by and through their counsel of record, hereby stipulate as follows:

1.  The parties have been endeavoring in good faith to complete the necessary discovery in this matter in order to participate in a meaningful third settlement conference. However, plaintiff still needs to complete two (2) depositions: One (1) of the depositions is of a District employee of which Plaintiff can take by August 25, 2023. The other deposition is of a Danville Police Officer with request for documents relating to a breathalyzer instrument used to test Plaintiff for alcohol.

Plaintiff's attorney is working to subpoena the officer and schedule his deposition and anticipated completion by September 29, 2023 (taking into account that defense counsel will be out of the country from August 28 through September 15). In the June 8, 2023 deposition of District employe Melanie Jones questions arose over interpretation of alcohol breathalyzer test results involved with this case. Plaintiff retained expert witness Forensic Analytical Crime Lab of Hayward California on June 21, 2023. Plaintiff was delayed with this retention due to time involved in location of an expert witness for breathalyzer results and then unavailability of retainer funds until June 21, 2023. The expert witness's study of the breathalyzer machine and interpretation of alcohol test results will be material to Plaintiff's deposition of the police officer who administered the breathalyzer machine on Plaintiff. Further, given the delayed retention and need to complete these depositions, plaintiff's expert will not be prepared to issue his report by the current August 4, 2023 opening reports deadline.

2. Plaintiff's completion of these two (2) depositions is necessary and critical before defendants can file their MSJ. With the completion of the District employee deposition by August 25, 2023 and the police officer's deposition by September 29, 2023, and receipt of the deposition transcript thereafter, defendants will be able to complete and file their MSJ by October 27, 2023 at the latest.

3. Therefore, given plaintiff's need to complete the necessary discovery and given the delay plaintiff experienced with retaining his expert, plaintiff requested, and the defense did not oppose, a modification of the fact and expert discovery deadlines and the MSJ filing/hearing schedule.

4. The parties have also filed a request to extend the ADR completion deadline to November 30, 2023 to allow for the fact and expert discovery to be completed and the MSJ to be filed.

5. The parties are currently scheduled to participate in a Settlement Conference with Magistrate Judge Lisa J. Cisneros on August 7, 2023. **However, the parties are respectfully seeking a continuance of the Settlement Conference to a date in November 2023, depending on the Court's schedule and availability.**

///

///

///

6. The parties are filing a contemporaneous request with Judge Edward M. Chen to continue the current ADR deadline to November 30, 2023.

**IT IS SO STIPULATED**.

DATED:  July 26, 2023                BIGGS LAW OFFICE A.P.C.

          /s/ *Michael S. Biggs*
Michael S. Biggs, Esq
Attorney for plaintiff THOMAS SEABURY

DATED:  July 26, 2023                EDRINGTON, SCHIRMER & MURPHY LLP

          /s/ *Cody Lee Saal*
Cody Lee Saal, Esq.
Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

**ATTESTATION**

I hereby attest that I have obtained the consent of the other signatory to the filing of this document.

          /s/ *Cody Lee Saal*
Cody Lee Saal, Esq.
Attorney for Defendants MELANIE JONES, JASON KROLIKOWSKI and JON CAMPOPIANO

**ORDER AS MODIFIED**

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered as follows:

1. The Settlement Conference scheduled for August 7, 2023 is VACATED.
2. The Court continues the Settlement Conference to November 15, 2023 at 10:00 a.m. at PST to be held in Courtroom G, 15th Floor.

**IT IS SO ORDERED.**

DATED: August 1, 2023

_____
HON. LISA J. CISNEROS